1

2

3                      UNITED STATES DISTRICT COURT

4                   FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6
                                      )
7    AUGUSTINE PENA-SILVA,             )  Case No. CIV S 06-2682 MCE GGH  P
                                      )
8         Petitioner,                 )  ORDER GRANTING REQUEST FOR EXTENSION
                                      )
9         vs.                         )  OF TIME TO FILE JOINT SCHEDULING
                                      )
10                                    )  STATEMENT
     K.  PROSPER, WARDEN,             )  [LOCAL RULE 6-144, SUB.(C)]
11                                    )
          Respondents                 )
12                                    )
                                      )
13   _____   )

14

15       Pursuant to this Ex Parte Request for an Extension of Time to File a

16  Joint Scheduling Statement by petitioner in the above named case, and for the

17  good cause shown herein, IT IS HEREBY ORDERED that petitioner's joint

18  scheduling statement will be due on March 26, 2007.

19

     Dated: 2/15/07              /s/ Gregory G. Hollows
20                               _____
                                 GREGORY G. HOLLOWS
21                               United States Magistrate Judge

22  silv2682.po2

23

24

25

26

27