UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE PENA-SILVA,<br><br>    Petitioner,<br><br>    vs.<br><br>K. PROSPER, WARDEN,<br><br>    Respondents | Case No. CIV S 06-2682 MCE GGH P<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING STATEMENT<br>[LOCAL RULE 6-144, SUB.(C)] |

    Pursuant to this Ex Parte Request for an Extension of Time to File a Joint Scheduling Statement by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's joint scheduling statement will be due on May 25, 2007.

Dated: 4/25/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

silv2682.po4

-1-