IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUGUSTINE PENA-SILVA,

    Petitioner,                                   CIV S-06-2682 ALA HC

    vs.

K. PROSPER et al.,

    Respondents.                                 <u>ORDER</u>

_____/

Respondent has filed a request for a second enlargement of time within which to file a response to the petition for writ of habeas corpus.

Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's December 13, 2007, request for an enlargement of time is granted;

    2. Respondent's response shall be filed within thirty-five (35) days of the date of this order; and

    3. If Respondent's response is a motion to dismiss or an answer, Petitioner shall file an opposition or a traverse within thirty-five (35) days of the date of Respondent's filing.

/////

DATED: December 17, 2007                          /s/ Arthur L. Alarcón
                                                                     UNITED STATES CIRCUIT JUDGE
                                                                       Sitting by Designation