IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUGUSTINE PENA-SILVA,

    Petitioner,                                       CIV S-06-2682 ALA HC

    vs.

K. PROSPER, et al.,

    Respondents.                                 <u>ORDER</u>

        Respondent has filed a request for a third enlargement of time within which to file a response to the petition for writ of habeas corpus.

        Good cause appearing, IT IS HEREBY ORDERED that:

              1. Respondent's January 18, 2008, request for an enlargement of time is granted;

              2. Respondent's response shall be filed within thirty-five (35) days of the date of this order; and

              3. If Respondent's response is a motion to dismiss or an answer, Petitioner shall file an opposition or a traverse within thirty-five (35) days of the date of Respondent's filing.

/////

DATED: January 23, 2008

                                                                               /s/ Arthur L. Alarcón
                                                                               UNITED STATES CIRCUIT JUDGE
                                                                               Sitting by Designation