IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUGUSTINE PENA-SILVA,

    Petitioner,                                CIV S-06-2682 ALA HC

    vs.

K. PROSPER et al.,

    Respondents.                             <u>ORDER</u>

_____/

       Petitioner Augustine Pena-Silva is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 27, 2008, respondent filed an answer to the petition. The court requests petitioner file a traverse prior to issuing a ruling.

       Therefore, IT IS HEREBY ORDERED that petitioner file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: February 28, 2008

                                                      /s/ Arthur L. Alarcón
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting by Designation