IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUGUSTINE PENA-SILVA,

    Petitioner,               Case No. 2:06-cv-02682 ALA (HC)

    vs.

K. PROSPER, Warden, et al.,

    Respondents.          ORDER

---

    On September 2, 2008, this Court denied Augustine Pena-Silva's ("Petitioner") application for a writ of habeas corpus. (Doc. 37). Petitioner timely filed a notice of appeal and an application for a certificate of appealability. (Doc. 40). In his application,

> Petitioner . . . requests that the certificate of appealability be granted to review the issue of whether Petitioner was denied due process of law under the Fourteenth Amendment, and his right to trial by jury under the Sixth Amendment [when the trial court imposed] an upper term sentence based on facts not found by a jury beyond a reasonable doubt.

(Doc. 40, Application Cert. Appeal. at 2).

    "[A] state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition." *Miller-El v. Cockrell*, 537 U.S. 322, 335 (2003); 28 U.S.C. § 2253. Before Petitioner can appeal this Court's judgement, a certificate of appealability must issue to provide the Ninth Circuit jurisdiction to consider this appeal. 28 U.S.C.

1

1 § 2253(c)(1); Fed. R. App. P. 22(b)(1).

2      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Under the controlling standard, a petitioner must sho [w] that reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. " *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003)(internal quotations omitted).

     This Court found that Petitioner was denied his Sixth Amendment right to a jury trial pursuant to *Cunningham v. California*, 127 S. Ct. 856 (2007). This Court ultimately decided, however, that the trial court's error was harmless, and therefore habeas relief was not warranted.

     Because Petitioner made a substantial showing of a denial of a constitutional right pursuant to § 2253(c)(2), and reasonable jurists could debate whether this claim could have been resolved in a different manner, **IT IS HEREBY ORDERED** that a certificate of appealability shall issue as to Petitioner's claim that the trial court denied him his Sixth Amendment right.

/////

DATED: November 4, 2008

                             /s/ Arthur L. Alarcón
                             UNITED STATES CIRCUIT JUDGE
                             Sitting by Designation